FORM 8B. Notice of Unrepresented Person Appearance                              Form 8B (p. 1)
                                                                                October 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF UNREPRESENTED PERSON APPEARANCE

**Case Number** 26-126

**Short Case Caption** In re Yang

> **Instructions:** Refer to Federal Circuit Rule 47.3 for requirements governing appearance in this court. Unrepresented persons must immediately file an amended Form 8B if contact information changes. **A motion must be filed to change either the filing or service selection during the pendency of the case.**
>
> Complete page 1 of this form and, if applicable, either page 2 or 3 corresponding to your filing and service selection. **Submit only one of pages 2 or 3; do not submit both.**

### ENTRY OF APPEARANCE

I am entering my appearance on my own behalf ("pro se") in the above case.

**Name:** Nadja Yang

**Address:** WeWork c/o Nadja Yang

115 Broadway Street, 5th Floor, New York, NY 10006

**Phone:**                              **Email:** nadjay@cls.institute

### FILING AND SERVICE SELECTION

I will file all documents in the above case (select only one):

- ☐ in paper form by mail or in person, and I elect to receive all service by mail only.
- ☒ through the court's electronic filing system, and I have completed **page 2 (Consent to Electronic Filing and Service)**; I understand I will receive service by email only.
- ☐ in paper form by mail or in person, and I elect to receive all service by email at the above email address and have completed **page 3 (Consent to Paper Filing and Electronic Service)**.

I certify that all information is true and correct and that a failure to abide by the above selections may result in my case being delayed or other actions deemed necessary by the court.

**Date:** 02/04/2026           **Signature:** /s/ Nadja Yang

                               **Name:** Nadja Yang

Save for Filing

FORM 8B. Notice of Unrepresented Person Appearance         Form 8B (p. 2)
                                                            October 2023

# CONSENT TO ELECTRONIC FILING AND SERVICE

**Instructions:** Please review and check the box verifying your agreement with each item. All items must be selected before filing electronically with the court. If you are submitting this page, do not submit page 3 of this form.

- ☑ I have registered as a Non-Attorney filer with this court's electronic filing system (CM/ECF) through PACER at www.pacer.uscourts.gov.
- ☑ I agree to abide by the court's Electronic Filing Procedures, available at http://www.cafc.uscourts.gov/contact/clerks-office/filing-resources. I understand the court may revoke my electronic filing privileges if I repeatedly fail to comply with the Electronic Filing Procedures.
- ☑ I know how to convert a document into portable document format (PDF). I understand that I must file all documents for my case in PDF through the court's electronic filing system. *See* Fed. Cir. R. 25(c)(3) for paper copy requirements.
- ☑ I have regular access to: (1) a computer with internet access, (2) an email account, (3) a word processor, (4) a PDF reader and writer, and (5) a scanner to convert documents only available in paper format into electronic files.
- ☑ I understand that I will receive service of public filings only by email in this case. I understand that it is my responsibility to regularly monitor my email and docket to ensure I have not missed notifications.
- ☑ I understand that when I receive a filing notification email (Notice of Docket Activity), I will be able to view, save, and print publicly filed documents once without charge within 15 days but may then need to pay a fee.
- ☑ I will ensure the contact information associated with my electronic filer account remains current. I understand that the court is not responsible for missed notifications resulting from my failure to update my contact information.
- ☑ I understand that I may only file electronically in this case and I must seek leave of the court to revert to mail filing or service. I understand that I must submit a new Form 8B for other cases where I wish to file electronically.
- ☑ I understand I will receive service electronically in future cases where I am a party unless I file a Form 8B modifying my service selection in that case.
- ☑ I understand that the Clerk's Office cannot provide me with technical assistance or support with using or viewing email or my browser.

I certify that all information is true and correct and that failure to abide by the above selections may result in delays or adverse actions deemed necessary by the court.

Date: 02/04/2026          Signature: /s/ Nadja Yang

                          Name: Nadja Yang

FORM 8B. Notice of Unrepresented Person AppearanceForm 8B (p. 3)
October 2023

# CONSENT TO PAPER FILING AND ELECTRONIC SERVICE

**Instructions:** Please review and check each box verifying your agreement. You must check all boxes to receive service through this court's electronic filing system. If you are submitting this page, do not submit page 2 of this form.

- ☐ I consent to receive service in my case through email only, and I have regular access to my email account and the internet. I have an active PACER account.

- ☐ I understand that when I receive a filing notification email (Notice of Docket Activity), I will be able to view, save, and print publicly filed documents once without charge within 15 days but may then need to pay a fee.

- ☐ I understand that it is my responsibility to regularly monitor my email and docket to ensure I have not missed notifications. I am responsible for ensuring my email account is working and emails from FilingNotice@cafc.uscourts.gov are not treated as junk or spam messages.

- ☐ I will submit an amended Form 8B to notify the court of changes to my email address. I understand that failure to update my email address or monitor email may result in missed notifications and that the court is not responsible for these missed notifications.

- ☐ I understand that email service is valid service under Fed. R. App. P. 25 and Fed. Cir. R. 25, even if accomplished on an email address that is invalid due to a failure to timely update information or to verify my email account is functioning.

- ☐ I understand I will receive service electronically in this case and I must seek leave of the court to file electronically or revert to mail service.

- ☐ I understand I will receive service electronically in future cases where I am a party unless I file a new Form 8B modifying my service selection in that case.

- ☐ I understand that the Clerk's Office cannot provide me with technical assistance or support with using or viewing email.

I certify that all information is true and correct and that failure to abide by the above selections may result in delays or adverse actions deemed necessary by the court.

Date: _____    Signature: _____

Name: _____