United States Court of Appeals

for the Federal Circuit

---

In re Nadja Yang,

Petitioner.

Case No. 26-126

---

Motion for Leave to File Corrected Petition

Pursuant to Fed. Cir. R. 25(i) and 27

Petitioner Nadja Yang respectfully moves for leave to file a Corrected Petition for Writ of Mandamus. The Petition filed on February 3, 2026 (Doc. 2) references Exhibit 1—the proposed amicus curiae brief that is the subject of the Petition—but Exhibit 1 was inadvertently omitted from the filing.

A Corrected Petition, with Exhibit 1 attached, is submitted with this Motion. The petition text is verbatim; the sole correction is the attachment of Exhibit 1.

This motion is unopposed. No other party has entered an appearance in this proceeding.

Respectfully submitted,

/s/ Nadja Yang

NADJA YANG, *Pro Se*

WeWork c/o Nadja Yang

115 Broadway Street, 5th Floor

New York, NY 10006

nadjay@cls.institute

February 4, 2026