United States Court of Appeals

for the Federal Circuit

---

In re Nadja Yang,

Petitioner.

Case No. 26-126

---

Notice of Withdrawal of Motion

Petitioner withdraws the Motion for Leave to File Corrected Petition (Doc. 4) as moot. Upon review of the PACER docket, Petitioner confirms that Exhibit 1 was attached to the original Petition for Writ of Mandamus (Doc. 2, Att. 2).

The confusion arose because Petitioner relied on CourtListener's RECAP Archive, a public-interest mirror of federal court records maintained by the Free Law Project. Petitioner had configured `archive@recap.email` as a secondary notification address pursuant to the RECAP project's archiving protocol. PACER's Notice of Electronic Filing emails provide a single "magic link" to an attachment page; the archival system must parse that page to discover and download each

attachment. *See* Free Law Project, GitHub Issue #2263, https://github.com/freelawproject/courtlistener/issues/2263. In this instance, only the main document was captured automatically. Manual retrieval via the RECAP browser extension was required to confirm that Exhibit 1 had been properly filed as Attachment 2.

Petitioner respectfully submits that this procedural mishap warrants the liberal construction afforded pro se filings. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972); *Erickson v. Pardus*, 551 U.S. 89, 94 (2007). The Motion was filed in good faith based on incomplete third-party records; no party was prejudiced.

Respectfully submitted,

/s/ Nadja Yang

NADJA YANG, *Pro Se*

WeWork c/o Nadja Yang

115 Broadway Street, 5th Floor

New York, NY 10006

nadjay@cls.institute

February 4, 2026